# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127669

JAMES O. GORE and BOBBIE N. GORE,
      Plaintiffs-Appellees,

v

                                   SC: 127669
                                   COA: 248919
                                   Oakland CC: 2001-034913-CK

FLAGSTAR BANK, FSB,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 9, 2004 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2005                                          

d1031                                               Clerk